*Frontier Bank, Respondent, v. Bingo Invs., LLC, et al., Petitioners*, No. 92633-6. Petition for review of a decision of the Court of Appeals, No. 72529-7-I, November 2, 2015, 191 Wn. App. 43. *Denied* June 1, 2016.

*State, Respondent, v. McElfish, Petitioner*, No. 92637-9. Petition for review of a decision of the Court of Appeals, No. 46216-8-II, October 20, 2015, 190 Wn. App. 1038. *Denied* June 1, 2016.

*Turner, Petitioner, v. Vulcan, Inc., et al., Respondents*, No. 92655-7. Petition for review of a decision of the Court of Appeals, No. 71855-0-I, November 2, 2015, 190 Wn. App. 1048. *Denied* June 1, 2016.

*State, Respondent, v. Bliss, Petitioner*, No. 92663-8. Petition for review of a decision of the Court of Appeals, No. 46084-0-II, December 22, 2015, 191 Wn. App. 903. *Denied* June 1, 2016.

*State, Respondent, v. Thomas, Petitioner*, No. 92665-4. Petition for review of a decision of the Court of Appeals, No. 45613-3-II, December 22, 2015, 192 Wn. App. 721. *Denied* June 1, 2016.

*Peralta, Petitioner, v. State et al., Respondents*, No. 92675-1. Petition for review of a decision of the Court of Appeals, No. 45575-7-II, December 23, 2015, 191 Wn. App. 931. Petitioner's petition for review *denied*. Respondent's request for review *granted* June 1, 2016.

*State, Respondent, v. Tait, Petitioner*, No. 92682-4. Petition for review of a decision of the Court of Appeals, No. 32517-2-III, December 3, 2015, 191 Wn. App. 1035. *Denied* June 1, 2016.

*State, Respondent, v. Cook, Petitioner*, No. 92687-5. Petition for review of a decision of the Court of Appeals, No. 72619-6-I, November 9, 2015, 191 Wn. App. 1007. *Denied* June 1, 2016.